UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-641

CAROL GOLDBERG, VAHRAM HAROUTUNIAN,
And BRIAN KEARNEY, Individually and On Behalf
of All Others Similarly Situated,

        Plaintiffs,

v.

REVENTICS, LLC,

        Defendant.

## NOTICE OF MOTION TO CONSOLIDATE

Pursuant to D.C. Colo. LCivR 42.1, "[a] motion to consolidate shall be filed in the lowest numbered case included in the proposed consolidation and shall be decided by the district judge to whom the lowest numbered case is assigned."  Moreover, "[a] notice of filing of a motion to consolidate shall be filed by the movant as a party or, with the assistance of the clerk, as an interested party in all other cases proposed for consolidation." *Id.*

Plaintiffs hereby notify the Court that an Unopposed Motion to Consolidate was filed in the lowest numbered case against Defendant Reventics, LLC: *Henderson v. Reventics, LLC*, No. 1:23-cv-00586, ECF No. 8 (D. Colo.).

Date: April 13, 2023                    Respectfully Submitted,

                                                By: /s/ *Carl V. Malmstrom*
                                                Carl V. Malmstrom
                                                **WOLF HALDENSTEIN ADLER**
                                                **FREEMAN & HERZ LLC**
                                                111 W. Jackson Blvd., Suite 1700
                                                Chicago, Illinois  60604
                                                Tel: (312) 984-0000
                                                Fax:  (212) 686-0114
                                                malmstrom@whafh.com